UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CSX TRANSPORTATION, INC. ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 1:21-CV-2859-JMS-MJD |
| ZAYO GROUP, LLC, ) | |
| ) | |
| DEFENDANT AND ) | |
| THIRD-PARTY PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| MILENIUM INC., CROSSROADS ) | |
| COMMUNICATIONS SOLUTIONS, LLC, ) | |
| BASELINE COMMUNICATIONS, NXC, ) | |
| LLC, BSM GROUPS, LLC, JDH ) | |
| CONTRACTING, INC, OCM ENGINEERING, ) | |
| LLC, ON POINT CONSTRUCTION ) | |
| MANAGEMENT, INC., PLB ENGINEERING, ) | |
| LLC, SPECTRUM ENGINEERING, LLC, AND ) | |
| TESCO COMPANY, INC., ) | |
| ) | |
| THIRD-PARTY DEFENDANTS. ) | |
| ) | |

**JOINT MOTION TO CONTINUE ONE SET OF EXPERT DEADLINES**

For the reasons discussed during the September 22, 2023 status conference, CSXT and Zayo (together, the "Parties") hereby jointly move to continue the deadline for CSXT's damage expert report. In support of their motion, the Parties respectfully show the Court:

1. The parties were unable to schedule Mr. Noto's deposition in the month of October. Because Mr. Noto's testimony will likely be utilized within CSXT's damage expert report, CSXT requires an extension of the damage expert report to a date after Mr. Noto's deposition.

2. The current deadline for CSXT's damage expert report is October 4, 2023. Doc. 258. Zayo's deadline to serve their rebuttal report to CSXT's damage expert report is currently November 4, 2023. *Id.*

3. The Parties have agreed that, if the Court either denies or has not yet ruled on Zayo's Fed. R. Civ. P. 72(a) appeal of the denial of its Motion for Protective Order related to Mr. Noto's deposition, Mr. Noto's deposition will occur on November 13, 2023, beginning 11:00am MST, in Denver, Colorado. If the Parties anticipate the need for the deposition to go past 5:30 pm MST, they will confer as to an earlier start time for the deposition.

4. CSXT proposes to serve its damage expert report on November 17, 2023.

5. Zayo proposes to serve its rebuttal report to CSXT's damage expert report on December 18, 2023.

6. Zayo agrees to make the expert(s) authoring the rebuttal report to CSXT's damage expert report available for deposition on a mutually-agreeable date on December 20 or 21, 2023; December 28 or 29, 2023; January 4 or 5, 2024; or during the week of January 8, 2024 at a location near a major airport on the East Coast, Chicago, Illinois, Denver, Colorado, or in Indianapolis, Indiana.

7. The Parties do not seek to move the January 12, 2024 discovery deadline (Doc. 258) or any other deadline.

8. For clarity, except for CSXT's damage expert and the rebuttal expert report thereto, the Parties do not propose to change the deadlines listed in § III.F of Doc. 258.

9. The Parties therefore respectfully move this Court to:

    a. Amend the Case Management Plan to authorize CSXT to serve its damage expert report to and including November 17, 2023.

      b.  Amend the Case Management Plan to authorize any Defendant or Third Party Defendant to serve its rebuttal report to the CSXT damage expert report to and including December 18, 2023.

Dated: September 25, 2023

*/s/ Matthew T. Ciulla*
Robert D. MacGill (9989-49)
Matthew T. Ciulla (34542-71)
**MACGILL PC**
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: 317-721-1253
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com

*Attorneys for Plaintiff*


*/s/ Tess Hand-Bender*
Pfenne Peter Cantrell
April M. Jay
KIGHTLINGER & GRAY, LLP
211 North Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, IN 46204
(317) 638-4521
Pcantrell@k-Glaw.Com

Tess Hand-Bender
Charles Casteel
PRO HAC VICE
Davis Graham & Stubbs LLP
1550 17th Street Ste 500
Denver, CO 80202
USA
303-892-7419
Email:tess.hand-bender@dgslaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on September 25, 2023 on all counsel of record by virtue of the Court's CM/ECF System.

/s/Matthew T. Ciulla