UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CSX TRANSPORTATION, INC. )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>ZAYO GROUP, LLC, )<br>)<br>DEFENDANT AND )<br>THIRD-PARTY PLAINTIFF, )<br>)<br>v. )<br>)<br>MILENIUM INC., CROSSROADS )<br>COMMUNICATIONS SOLUTIONS, LLC, )<br>BASELINE COMMUNICATIONS, NXC, )<br>LLC, BSM GROUPS, LLC, JDH )<br>CONTRACTING, INC, OCM ENGINEERING, )<br>LLC, ON POINT CONSTRUCTION )<br>MANAGEMENT, INC., PLB ENGINEERING, )<br>LLC, SPECTRUM ENGINEERING, LLC, AND )<br>TESCO COMPANY, INC., )<br>)<br>THIRD-PARTY DEFENDANTS. )<br>) | CASE NO. 1:21-CV-2859-JMS-MJD |

**ORDER ON JOINT MOTION TO CONTINUE ONE SET OF EXPERT DEADLINES**

CSX and Zayo have jointly moved this Court to continue the deadline for CSXT's damage expert report. The Court has reviewed the motion. It is GRANTED for GOOD CAUSE SHOWN. Therefore:

The Case Management Plan is hereby AMENDED to authorize CSXT to serve its damage expert report to and including November 17, 2023.

The Case Management Plan is hereby AMENDED to authorize any Defendant or Third Party Defendant to serve its rebuttal report to the CSXT damage expert report to and including December 18, 2023.

No other deadlines are moved.

IT IS SO ORDERED.

_____

United States Judge