IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC. | ) | Case No: 1:21-cv-02859-JMS-MJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ZAYO GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ZAYO GROUP, LLC | ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MILENIUM INC., and CROSSROADS COMMUNICATIONS SOLUTIONS, LLC, | ) | |
| | ) | |
| Third Party Defendants. | ) | |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in the case for: Third Party Defendants **OCM Engineering, LLC, On Point Construction Management, Inc., and PLB Engineering, LLC.**

By:   */s/ John W. Mervilde*
Gaius G. Webb, #21738-49
Attorney for Third Party Defendants OCM Engineering, LLC, On Point Construction Management, Inc., and PLB Engineering, LLC

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2023 a copy of the foregoing was filed electronically using the U.S. District Court's ECF filing system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Matthew Thomas Ciulla
Robert C. MacGill
MacGill PC
156 East Market Street
Suite 1200
Indianapolis, IN  46204

April M. Jay
Pfenne Peter Cantrell
Kightlinger & Gray, LLP
Thomas J. Jarzyniecki, Jr.
One Indiana Square
211 North Pennsylvania Street, Suite 300
Indianapolis, IN 46204

Georgianna Q. Tutwiler
Mark M. Holdridge
Hume Smith Geddes Green & Simmons
54 Monument Circle, 4th Floor
Indianapolis, IN  46204

Emily Mendoza (*Pro Hac Vice*)
Tess Hand-Bender (*Pro Hac Vice*)
Davis Graham & Stubbs, LLP
1550 17th Street
Suite 500
Denver, CO  80202

B. Scott Jones
Logan C. Hughes
Reminger Co., LPA
730 West Main Street, Suite 300
Louisville, KY  40202

David E. Bailey
Timothy Allen Manges
Fletcher Van Gilder, LLP

436 East Wayne Street
Fort Wayne, IN  46802

Thomas A. Pastore
Thomas A Pastore, PC
P.O. Box 40939
Indianapolis, IN 46240

David Thomas Page
Paul J. Cummings
Henn Haworth Cummings & Page
1634 West Smith Valley Road, Suite B
Greenwood, IN 46142

                                                                             */s/ Gaius G. Webb*

SCHULTZ & POGUE
520 Indiana Avenue
Indianapolis, IN 46202
Telephone: 317/262-1000
Facsimile: 317/262-9000