IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC. | ) | Case No: 1:21-cv-02859-JMS-MJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ZAYO GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ZAYO GROUP, LLC | ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MILENIUM INC., and CROSSROADS COMMUNICATIONS SOLUTIONS, LLC, BASELINE COMMUNICATIONS, NXC, LLC, BSM GROUPS, LLC, JDH CONTRACTING, INC., OCM ENGINEERING, INC., ON POINT CONSTRUCTION MANAGEMENT, INC., PLB ENGINEERING, LLC, SPECTRUM ENGINEERING, LLC, and TESCO COMPANY, INC., | ) | |
| | ) | |
| Third Party Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Notice is given that the Appearance of Charles S. Smith is hereby withdrawn on behalf of Third Party Defendants OCM Engineering, Inc., On Point Construction, Inc. and PLB Engineering, LLC as Mr. Smith is no longer employed by Schultz & Pogue, LLP. John W. Mervilde, Stacey E. Everton and Kevin D. Lichtenberger shall remain attorneys of record on

behalf of Third Party Defendants OCM Engineering, Inc., On Point Construction, Inc. and PLB Engineering, LLC.

Respectfully submitted,

SCHULTZ & POGUE, LLP

By: */s/ Stacey A. Everton*
John W. Mervilde, #21738-49
Stacey A. Everton, #36823-32
Kevin D. Lichtenberger, #37945-49
Attorneys for Third Party Defendants OCM Engineering, LLC, On Point Construction Management, Inc., and PLB Engineering, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2023 copy of the foregoing was filed electronically using the U.S. District Court's ECF filing system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Matthew Thomas Ciulla
Robert C. MacGill
MacGill PC
156 East Market Street
Suite 1200
Indianapolis, IN  46204

April M. Jay
Pfenne Peter Cantrell
Kightlinger & Gray, LLP
Thomas J. Jarzyniecki, Jr.
One Indiana Square
211 North Pennsylvania Street, Suite 300
Indianapolis, IN 46204

Georgianna Q. Tutwiler
Mark M. Holdridge
Hume Smith Geddes Green & Simmons

54 Monument Circle, 4th Floor
Indianapolis, IN  46204

Emily Mendoza (*Pro Hac Vice*)
Tess Hand-Bender (*Pro Hac Vice*)
Davis Graham & Stubbs, LLP
1550 17th Street
Suite 500
Denver, CO  80202

B. Scott Jones
Logan C. Hughes
Reminger Co., LPA
730 West Main Street, Suite 300
Louisville, KY  40202

David E. Bailey
Timothy Allen Manges
Fletcher Van Gilder, LLP
436 East Wayne Street
Fort Wayne, IN  46802

Thomas A. Pastore
Thomas A Pastore, PC
P.O. Box 40939
Indianapolis, IN 46240

David Thomas Page
Paul J. Cummings
Henn Haworth Cummings & Page
1634 West Smith Valley Road, Suite B
Greenwood, IN 46142

Jon K. Stowell
Law Offices of the Cincinnati Insurance Company
8910 Purdue Road, Suite 650
P.O. Box 68449
Indianapolis, IN  46268

Bradford S. Moyer
Pamela A. Paige
PLUNKETT COONEY, P.C.
201 North Illinois Street

South Tower, Suite 1600
Indianapolis, IN 46204

McKenzie Hutchinson
Dinsmore & Shohl, LLP
One Indiana Square
Suite 1800
211 North Pennsylvania Avenue
Indianapolis, IN 46204

                                                            */s/ Stacey A. Everton*

SCHULTZ & POGUE
520 Indiana Avenue
Indianapolis, IN 46202
Telephone: 317/262-1000
Facsimile: 317/262-9000